**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Michael B Mukasey
Street, Apt. No.; or PO Box No.: 950 Pennsylvania Ave NW
City, State, ZIP+4: Washington DC 20530

PS Form 3800, August 2006      See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Dr. Donald C. Winter
Street, Apt. No.; or PO Box No.: 1000 Navy Pentagon
City, State, ZIP+4: Washington DC 20350

PS Form 3800, August 2006      See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Jeffrey A. Taylor
Street, Apt. No.; or PO Box No.: 501 3rd Street NW
City, State, ZIP+4: Washington DC 20001

PS Form 3800, August 2006      See Reverse for Instructions

440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4-9-2008 |
| NAME OF SERVER (PRINT) Caitlyn McElroy | TITLE Law Clerk |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served by copy by Certified mail to Michael B. Mukasey, at the following address: 950 Pennsylvania Avenue NW, Washington, DC 20530

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-9-2008        _Caitlyn McE____
                Date              Signature of Server

                                  Address of Server

Law Offices of
**CASHDAN & KANE, PLLC**
1150 Connecticut Avenue, N.W., # 900
Washington, D.C. 20036-4104
TEL: 202.862.4330 FAX: 202.862.4331
www.cashdankane.com

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Jeffrey A. Taylor

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE 4-9-2008 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) Caitlyn McElroy | TITLE Law Clerk |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served by copy by certified mail to Jeffrey A. Taylor at the following address: 501 3rd Street NW Washington, DC 20001

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/-9-2008         _Caitlyn M'Elroy_
              Date              Signature of Server

              Address of Server

**Law Offices of**
**CASHDAN & KANE, PLLC**
1150 Connecticut Avenue, N.W., # 900
Washington, D.C. 20036-4104
TEL: 202.862.4330 FAX: 202.862.4331
www.cashdankane.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

(Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 4-9-2008 |
| NAME OF SERVER *(PRINT)* Caitlyn McElroy | TITLE Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by copy by certified mail to Dr. Donald d Winter at the following address: 1000 NAVY Pentagon Washington DC 20350

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-9-2008         *[signature]*
                Date          Signature of Server

                              Address of Server

Law Offices of
**CASHDAN & KANE, PLLC**
1150 Connecticut Avenue, N.W., # 900
Washington, D.C. 20036-4104
TEL: 202.862.4330 FAX: 202.862.4331
www.cashdankane.com

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.