UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD T. FORD )<br>6 Westcot Place )<br>Falmouth, VA 22405 )<br>)<br>)<br>          Plaintiff )<br>  v. )<br>)<br>DR. DONALD C. WINTER, )<br>SECRETARY OF THE NAVY )<br>U.S. DEPT. OF THE NAVY )<br>1000 Navy Pentagon, )<br>Washington, D.C. 20350-1000 )<br>)<br>          Defendant. )<br>) | Civil Action No.: 08-0507 (JR) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christian Natiello as counsel for Defendant in the above-captioned case.

Respectfully submitted,

\_\_\_\_/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2008, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Michael G. Kane, Esq.**, via the court's Electronic Case Filing System (ECF).

    /s/
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov