UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **RICHARD T. FORD,** )<br>  )<br>Plaintiff, )<br>v. )<br>  )<br>**DR. DONALD C. WINTER** )<br>**Secretary of the Army** )<br>Defendant. )<br>  ) | CA No.: 1:08-CV-00507 (JR)<br>Initial Conf.: 7/1/08, 11 AM |

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of David R. Cashdan in the above captioned matter.

Respectfully submitted this the 1st day of July 2008,

_____/s/_____
David R. Cashdan, Bar No. 051342

_____/s/_____
Michael G. Kane, Bar No. 435288
CASHDAN & KANE, PLLC
1150 Connecticut Avenue, N.W.
Suite 900
Washington, D.C. 20036-4129
Tel. (202) 862-4330
Fax. (202) 862-4331
Counsel for Plaintiff