**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

RICHARD T. FORD,                    :
                                    :
        Plaintiff,                  :
                                    :
    v.                              :  Civil Action No. 08-0507 (JR)
                                    :
DR. DONALD C. WINTER, Secretary     :
of the Navy,                        :
                                    :
        Defendant.                  :

**<u>SCHEDULING ORDER</u>**

After a scheduling conference held in chambers on July 1, 2008, it is,

**ORDERED** that discovery may begin immediately and is to be completed August 15, 2008.  It is

**FURTHER ORDERED** that any dispositive motion be filed September 2, 2008, with any oppositions and replies due according to the local rules.  It is

**FURTHER ORDERED** that the final pretrial conference is set for **September 18, 2008 at 4:30 p.m.**, and that trial will commence at **9:30 a.m. on October 1, 2008.**  It is

**FURTHER ORDERED** that any discovery disputes be presented, in the first instance, by telephone conference with the Court, and not by motion.  And it is

**FURTHER ORDERED** that extensions of time to file dispositive motions or status reports or to complete discovery will be granted as a matter of course if all parties consent and

if the extensions will not require re-setting any scheduled court appearance (status conference, motion hearing, pretrial conference, trial).  Do not file a motion for such a consented extension.  Instead, make the request informally by letter, or by e-mail (addressed to RobertsonJ_Chambers@dcd.uscourts.gov), or by fax (202-354-3468).  Do not recite reasons.  The Court's action granting a consented extension will be endorsed on the request and returned to the party requesting it.  That party will be responsible for providing appropriate notice or service to all other parties.  Neither the request nor the action granting it will be part of the record unless a party seeks leave to file it.

**Counsel are strongly cautioned that no additional notice will be given of the appearance dates set forth in this scheduling order**.

JAMES ROBERTSON
United States District Judge

- 2 -